# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

SUSAN DUNAWAY,

        Plaintiff,

vs.

HARRAH'S LAS VEGAS, LLC,

        Defendant.

Case No. 2:12-cv-00943-GMN-PAL

**ORDER OF RECUSAL**

      The undersigned United States Magistrate Judge for the District of Nevada hereby recuses himself from the above-entitled matter in order to avoid the appearance of impropriety, in a proceeding in which his impartiality might reasonably be questioned. Code of Judicial Conduct, Canon 3(E)(1) and 28 U.S.C. § 455(a).

      Based on the foregoing and good cause appearing therefor,

      **IT IS ORDERED** that this matter shall be returned to the Clerk of the Court for random reassignment to another Magistrate Judge.

      DATED this 11th day of June, 2012.

*George Foley Jr.*
GEORGE FOLEY JR.
U.S. MAGISTRATE JUDGE